No. 10. CHARLOTTE ANITA WHITNEY v. THE PEOPLE OF THE STATE OF CALIFORNIA. Error to the District Court of Appeal, First Appellate District, Division One, of the State of California. Argued October 6, 1925. Decided October 19, 1925. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of section 237 of the Judicial Code as amended by the act of September 6, 1916, c. 448, sec. 2, 39 Stat. 726. *Mr. Walter H. Pollak,* with whom *Messrs. Walter Nelles* and *John Francis Neylan* were on the brief, for plaintiff in error. *Mr. John H. Riordan,* with whom *Mr. U. S. Webb* was on the brief, for defendant in error. See *post,* p. 538.